FILED
2013 JAN 29 PM 3: 12
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

Armen F. Papazian, State Bar No. 209989
papazian@pmlawfirm.net
A Member of Papazian & Melkonian
15260 Ventura Blvd., Suite 1740
Sherman Oaks, CA 91403
Telephone: (818) 784-6084
Facsimile: (818) 784-6087

Attorney For Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THE POS GEEKS, LLC,

    Plaintiff,

vs.

CS MERCHANT SERVICES, LLC, dba MYPOSGEEKS.COM; and Does 1-10 inclusive,

    Defendants.

CASE NO. CV13-00632-CBM (AGRx)

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

1. FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION
2. COMMON LAW TRADEMARK INFRINGEMENT
3. STATE LAW UNFAIR COMPETITION

**DEMAND FOR JURY TRIAL**

## NATURE OF ACTION

1. For almost four years, The POS Geeks, LLC ("Plaintiff") has operated a successful business selling point of sale software to the hospitality and retail industries. Plaintiff's business has been known as "The POS Geeks" since its inception, and operates the website known as www.theposgeeks.com. Said website has become synonymous with the Plaintiff's business, and Plaintiff applied for U.S. Trademark Registrations for POS Geeks™.

2. More recently, CS Merchant Services, LLC ("CS Merchant" or "Defendant"), has attempted to trade on Plaintiff's goodwill by using the "My POS Geeks" term for its efforts in the area of point of sale software sales to the hospitality and retail industries via its website "www.myposgeeks.com."

3. Despite written requests from The POS Geeks, LLC that CS Merchant cease and desist

the use of the copycat "My POS Geeks" term, defendant has persisted in doing so.

4. As a result of defendant's continued willful infringement of Plaintiff's trademark, members of the public (and indeed certain clients and potential clients) have confused defendant's activities for those of the authentic POS Geeks business from The POS Geeks, LLC.

5. Plaintiff has therefore been left with no choice except to bring this action to seek redress (including preliminary and permanent injunctive relief) against CS Merchant and those acting in concert with it in connection with the copycat "My POS Geeks" term.

## PARTIES

6. Plaintiff The POS Geeks, LLC is a corporation formed under the laws of the State of California, with its principal place of business located in Los Angeles County, California.

7. Plaintiff is informed and believes that Defendant CS Merchant Services, LLC, dba myposgeeks.com is a corporation formed under the laws of the State of Florida and conducting business nationwide.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over this matter pursuant to federal jurisdiction under the Lanham Act, 15 U.S.C. §§ 1051 et seq., 28 U.S.C. §§ 1331 and 1338, and diversity jurisdiction, 28 U.S.C. section 1332, inasmuch as there is complete diversity between the parties and more than $75,000 is in controversy.

9. Plaintiff is informed and believes and thereupon allege that CS Merchant has sufficient contacts with this district generally, and in particular, with the events herein alleged inasmuch as CS Merchant's internet activities via its website are directed to all parts of the United States including but not limited to this district and moreover that CS Merchant's activities have caused confusion in this district and harmed Plaintiff, a resident of this district. Venue is therefore proper in this district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events

PAPAZIAN & MELKONIAN, ATTORNEYS AT LAW
15260 VENTURA BLD., SUITE 1740
SHERMAN OAKS, CA 91403
TEL: (818) 784-6084
FAX: (818) 784-6087

1 or omissions giving rise to the claim occurred in this district.

## STATEMENT OF FACTS

10. Plaintiff The POS Geeks, LLC is a company who is a very successful distributor for point of sale software to the hospitality and retail industries. Plaintiff operates its business nationwide via its well known website, www.theposgeeks.com.

11. Plaintiff began its operations in 2008. Due to the efforts of The POS Geeks, LLC, "POS Geeks" has become exceedingly well-known among those in its industry. Plaintiff has developed very substantial goodwill associated with its POS Geeks operations.

12. Subsequent to Plaintiff's establishment of the POS Geeks mark and business, Defendant CS Merchant began referring to its own business as "My POS Geeks." Although Defendant has added the word "my" to POS Geeks, the difference is immaterial and Defendant's form has the same appearance, sound, and meaning as Plaintiff's established, and famous, POS Geeks mark.

13. Plaintiff is informed and believes that Defendant was fully aware of Plaintiff's POS Geeks operations and mark before adopting its knock-off variant. Moreover, Plaintiff has provided Defendant with a cease and desist letter but it has continued to use the infringing "My POS Geeks" term notwithstanding that letter. It is beyond doubt that Defendant's infringing conduct is willful and therefore intended to trade on Plaintiff's mark.

14. Plaintiff has received various reports of consumer confusion, and recently have been receiving telephone calls on their customer service lines from individuals believing that they had purchased software from Plaintiff, but who had instead unwittingly purchased software from Defendant. This has caused not only lost revenue to Plaintiff, but also countless hours spent on help lines for customers who are not their own.

///
///
///
///

# COUNT I

## FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION

15. Plaintiff realleges and incorporates the allegations set forth in Paragraphs 1 through 14 above, as if fully set forth herein.

16. By the conduct described above, Defendant has unfairly competed with and injured, and unless immediately restrained, will continue to injure Plaintiff, causing damage to Plaintiff in an amount to be determined at trial, and will cause irreparable injury to Plaintiff's goodwill and reputation associated with the value of Plaintiff's POS Geeks mark.

17. Defendant has the legal obligation and responsibility to conduct a search before utilizing a trademark so as not to confuse or deceive consumers as to the origin of its name and mark, and Defendant has not only willfully ignored this obligation but has deliberately traded on Plaintiff's established goodwill in the POS Geeks mark.

18. Plaintiff's POS Geeks mark is distinctive by virtue of its substantial inherent and acquired distinctiveness, exclusive use, and the extensive advertising and publicity with the mark.

19. Defendant's continuing and knowing use of the "My POS Geeks" variant of Plaintiff's established "POS Geeks" mark constitutes willful infringement, false designation of origin and unfair competition in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

# COUNT II

## COMMON LAW TRADEMARK INFRINGEMENT

20. Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-19 of the complaint as though fully set forth herein.

21. Defendant's unauthorized use of the infringing mark is likely to cause confusion, deception, and mistake by creating the false and misleading impression that the Defendant's products and services are provided or distributed by Plaintiff, associated or connected with Plaintiff, or have the sponsorship, endorsement, or approval of Plaintiff, in violation of the

common law.

22. Defendant's misconduct resulting in such actual and likelihood of confusion, deception, and mistake will continue unless enjoined by this Court.

23. Defendant's acts, as complained of herein, have caused irreparable injury and damage to Plaintiff, and, unless restrained, will continue to do so. Plaintiff has no adequate remedy at law.

24. Plaintiff has suffered and continues to suffer economic loss directly and proximately caused by Defendant's actions alleged herein.

## COUNT III

### STATE LAW UNFAIR COMPETITION

25. Plaintiff realleges and incorporates the allegations set forth in Paragraphs 1 through 24 above, as if fully set forth herein..

26. Defendant's conduct is patently fraudulent and/or unfair within the meaning of California Business & Professions Code § 17200 in that Defendant has attempted to misappropriate Plaintiff's established goodwill in the POS Geeks mark. Such statements were intended to lead consumers to believe that the information and services originated from Plaintiff's POS Geeks business, and such statements would tend to do so. Plaintiff is informed and believes and on that basis alleges that consumers have been misled by such false statements.

27. Defendant's conduct is also illegal under various California and Federal laws that prohibit the use infringing trademarks and service marks.

28. For all of reasons stated above, Defendants have engaged in unfair competition under California Business and Professions Code § 17200.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

1. Preliminary and Permanent Injunctive Relief precluding and restraining Defendant and its agents, servants, employees, successors and assigns, and all of those in privity or acting in concert with it, from any use of the term "My POS Geeks" or any other term which is confusingly similar to Plaintiff's established "POS Geeks" mark;

2. Damages suffered by Plaintiff as a result of Defendant's infringement, in an amount to be determined at trial but which Plaintiff is informed and believes exceed $75,000.

3. That Defendant be ordered to pay Plaintiff restitution for violation of California Business and Professions Code §17200, et. seq.

4. For such other and further relief as the court may deem just and proper.

DATED: January 29, 2013

PAPAZIAN & MELKONIAN,
Attorneys at Law

By: _____
ARMEN F. PAPAZIAN, ESQ.
papazian@pmlawfirm.net

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

DATED: January 29, 2013

PAPAZIAN & MELKONIAN,
Attorneys at Law

By: _____
ARMEN F. PAPAZIAN, ESQ.
papazian@pmlawfirm.net

COMPLAINT FOR DAMAGES

Name & Address:
Armen F. Papazian, Esq., State Bar No. 209989
papazian@pmlawfirm.net
Papazian & Melkonian
15260 Ventura Blvd., Suite 1740, Sherman Oaks, CA
Tel: (818)784-6084; Fax: (818)784-6087

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| The POS Geeks, LLC, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV13-00632-CBM (AGRx) |
| CS Merchant Services, LLC, dba myposgeeks.com; and Does 1-10 Inclusive, | SUMMONS |
| DEFENDANT(S). | |

TO:    DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Armen F. Papazian, Esq._____, whose address is _15260 Ventura Blvd., Suite 1740, Sherman Oaks, CA 91403_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: JAN 29 2013

By: ___MARILYN DAV___
     Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                          SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
The POS Geeks, LLC

**DEFENDANTS**
CS Merchant Services, LLC, dba myposgeeks.com; and Does 1-10 inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Papazian & Melkonian, Attorneys at Law
15260 Ventura Blvd., Suite 1740, Sherman Oaks, CA 91403; 818/784-6084

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT:** $ 75,000.00, in excess of

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Lanham Act, 15 USC 1051 et seq., Defendants are infringing on Plaintiff's trade name.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | | ☐ 443 Housing/Acco- mmodations | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | | | |
| | ☐ 240 Torts to Land | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:   Case Number:** CV13-00632

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)            CIVIL COVER SHEET            Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Florida |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date January 29, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Consuelo B. Marshall and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

**CV13- 632 CBM (AGRx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [✓] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.